NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**MARK G. ABBEY, ET AL.**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

―――――――――――

2018-1150

―――――――――――

Appeal from the United States Court of Federal Claims in No. 1:07-cv-00272-PEC, Judge Patricia E. Campbell-Smith.

―――――――――――

**JUDGMENT**

―――――――――――

GREGORY K. MCGILLIVARY, Woodley & McGillivary LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by SARA L. FAULMAN.

HILLARY STERN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellant. Also represented by REGINALD THOMAS BLADES, JR., ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT; BRETT T. DAEE, MICHAEL JAMES DOHERTY, Office of the Chief Counsel,

United States Federal Aviation Administration, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 9, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |